**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES T MADDEN, et al., | |
| Plaintiffs, | No. C 06-04886 JSW |
| v. | |
| COWEN & COMPANY, et al., | **ORDER SETTING BRIEFING SCHEDULE** |
| Defendants. / | |

This matter is set for hearing on October 6, 2006, on Defendants' motion to dismiss. The Court HEREBY ORDERS that Plaintiffs' opposition shall be due by September 1, 2006. Defendants' reply shall be due by September 8, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 18, 2006

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE