PHILIP BOROWSKY, P.C. (State Bar No. 56590)
CHRISTOPHER J. HAYES (State Bar No. 184287)
NORMAN P. ENGLISH (State Bar No. 213179)
BOROWSKY & HAYES LLP
One Market Plaza, Suite 1275
Steuart Tower
San Francisco, California 94105-1403
Telephone: (415) 896-6800
Facsimile: (415) 896-0600

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES T. MADDEN; SHASHIDHAR ACHARYA, M.D.; ACHAUER FAMILY LIMITED PARTNERSHIP, a limited partnership; ANGELA ALLEVATO, M.D.; ROBERT A. BAIRD, M.D.; ANNETTE C. BERNHUT-CAPLIN, D.O.; THOMAS W. BRODERICK, M.D.; NANCY K. BROWNELL, M.D.; DAWN LYNN BRUNER, M.D.; ROBERT BUDMAN, M.D.; ROBERT WILLIAM BUSTER, M.D.; MICHAEL W. CATER, M.D.; ANNA LISA CHAVEZ, M.D.; JANAK R. CHOPRA, M.D.; RAMAN CHOPRA, M.D.; GASTON CILLIANI, M.D.; CARMELITA R. CO-CASQUEJO, M.D.; WILLIAM J. COLLINS, M.D.; LEO H. CUMMINS, M.D.; CHRISTINA K. ELLIOTT; MARK H. ELLIS, M.D.; STANLEY P. GALANT, M.D.; SHERWIN A. GILLMAN, M.D. and BONNIE S. GILLMAN, as Trustees for the Gillman Community Property Trust; KEITH L. GLADSTIEN, M.D.; STUART M. GORDON; KENNETH E. GRUBBS, D.O.; NORAH GUTRECHT, M.D.; THOMAS A. HRYNIEWICKI, M.D.; R. JUDD JESSUP; STANLEY KANOW, M.D.; LEONARD FRANK KELLOGG JR., M.D.; MARK E. KRUGMAN, M.D.; LAWRENCE N. KUGELMAN; SANDRA BARRY LIEBERMAN, as successor in interest to Melvyn B. Lieberman, M.D., Trustee for the Melvyn B. Lieberman Trust; ALAN MADERIOUS, M.D.; MARK C. MARTEN; WILLIAM C. MCMASTER, M.D.; MARIA E. MIÑON, M.D.; JUDITH HARRISON-MONGE, M.D., as Trustee for the Harrison-Monge 1996 Family Trust; RONALD W. MORELAND; STANLEY K. NAKAMOTO, M.D.; CHRISTOPHER C. OHMAN; KUSUM OHRI, M.D.; JACK M. OSBORN, M.D.; RICHARD T. PITTS, D.O.; NORMAN J. ROSEN, M.D.; ERIC MURROW ROWEN, M.D.; HELEN ROWEN, as Trustee for | No. C 06-04886 JSW<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER SETTING HEARING AND BRIEFING DATES FOR MOTION TO REMAND AND MOTION TO DISMISS** |

BOROWSKY & HAYES LLP
One Market Plaza
Steuart Tower Suite 1275
San Francisco, CA 94105
Tel. (415) 896-6800
Fax (415) 896-0600

G:\Cases\1068\Cowen\Stip Setting Dates for Mtn to Remand & Mtn to Dismiss.wpd

1

Stipulation and [P̶r̶o̶p̶o̶s̶e̶d̶] Order Setting Hearing and Briefing Dates
for Motion to Remand and Motion to Dismiss                               No. C 06-04886 JSW

the Rowen Family Trust Dated May 5, 1982;
MARK STEVEN ROWEN; MARSHALL ROWEN,
M.D., individually and as Trustee for the
Rowen Family Trust Dated May 5, 1982;
SCOTT JEFFREY ROWEN, M.D.; PRAVIN V.
SHARMA, M.D.; HAL S. SHIMAZU, M.D.; SIERRA
VENTURES V, L.P., a California limited
partnership; AISHA SIMJEE, M.D.; JAMES B.
TANANBAUM; ALLAN G. WEISS; DANIEL L.
WEISSBERG, M.D.; LINDA F. WEISSBERG;
LAURENCE D. WELLIKSON, M.D.; ANGELA F.
WINTHEISER; and ALLAN WONG, M.D.,

   Plaintiffs,

v.

COWEN & COMPANY, a New York limited
partnership; SG COWEN SECURITIES
CORPORATION, a New York corporation;
COWEN & COMPANY, LLC, a Delaware limited
liability company; and DOES 1 through 50,

   Defendants.

  WHEREAS on August 17, 2006, Defendants filed a Motion to Dismiss that is presently set for hearing on October 6, 2006, with opposition due on September 1, 2006 and reply due on September 8, 2006 by this Court's order of August 18, 2006; and

  WHEREAS Plaintiffs are preparing to file a Motion to Remand, which the parties agree should be heard together with the Motion to Dismiss; and

  WHEREAS the Court is not available to hear an additional motion on the existing hearing date, and the next available hearing date on which counsel is available is December 8, 2006;

  IT IS HEREBY STIPULATED AND AGREED that the following briefing and hearing schedule shall apply to Plaintiffs' Motion to Remand and Defendants' Motion to Dismiss:

  1. The hearing of Defendants' Motion to Dismiss shall be continued to December 8, 2006, at 9:00 a.m., before the Honorable Jeffrey S. White.

  2. Plaintiffs shall file their Motion to Remand on or before September 8, 2006, and shall set it for hearing on December 8, 2006, at 9:00 a.m., before the Honorable Jeffrey S. White.

  3. Plaintiffs and Defendants shall each file their oppositions to the other parties' motions on or before September 29, 2006.

BOROWSKY & HAYES LLP
One Market Plaza
Steuart Tower Suite 1275
San Francisco, CA 94105
Tel. (415) 896-6800
Fax (415) 896-0600

G:\Cases\1068\Cowen\Stip Setting Dates for Mtn to Remand & Mtn to Dismiss.wpd   2

Stipulation and [Proposed] Order Setting Hearing and Briefing Dates
for Motion to Remand and Motion to Dismiss   No. C 06-04886 JSW

1      4.    Plaintiffs and Defendants shall each file their reply papers in support of their respective motions on or before October 13, 2006.

    5.    Plaintiffs and Defendants respectfully advise the Court that they would be amenable to a hearing on November 3, 2006, November 17, 2006, or December 1, 2006 if the Court becomes available on one of those dates.

Dated: August 31, 2006

BOROWSKY & HAYES LLP

/s/ Christopher J. Hayes
By: CHRISTOPHER J. HAYES (S.B. #184287)
Attorneys for Plaintiffs

Dated: August 31, 2006

COVINGTON & BURLING LLP

/s/ David M. Jolley
By: DAVID M. JOLLEY (S.B. #191164)
Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ~~August 31, 2006~~ September 1, 2006

*[signature: Jeffrey S. White]*

By: HON. JEFFREY S. WHITE
United States District Judge

BOROWSKY & HAYES LLP
One Market Plaza
Steuart Tower Suite 1275
San Francisco, CA 94105
Tel. (415) 896-6800
Fax (415) 896-0600

G:\Cases\1068\Cowen\Stip Setting Dates for Mtn to Remand & Mtn to Dismiss.wpd

3

Stipulation and [~~Proposed~~] Order Setting Hearing and Briefing Dates
for Motion to Remand and Motion to Dismiss      No. C 06-04886 JSW