**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES T MADDEN, et al., | |
| Plaintiffs, | No. C 06-04886 JSW |
| v. | |
| COWEN & COMPANY, et al., | **ORDER VACATING HEARING DATE** |
| Defendants. | |

The Plaintiffs' motion to remand and Defendants' motion to dismiss are currently set for hearing on Friday, December 8, 2006 at 9:00 a.m. These matters are now fully briefed and ripe for decision. The Court finds that these matters are appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for December 8, 2006 is VACATED.

**IT IS SO ORDERED.**

Dated: December 7, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE