12/12/2006 18:07 FAX          COVINGTON & BURLING LLP                    ☒002/004

1  David M. Jolley, SB # 191164
   Margaret G. May, SB # 234910
2  COVINGTON & BURLING LLP
   One Front Street
3  San Francisco, CA 94111
   Telephone:   (415) 591-6000
4  Facsimile:   (415) 591-6091
   djolley@cov.com
5  mmay@cov.com

6  Linda C. Goldstein (*pro hac vice*)
   Kimberly Zelnick (*pro hac vice*)
7  COVINGTON & BURLING LLP
   1330 Avenue of the Americas
8  New York, New York 10019
   Telephone:   (212) 841-1000
9  Facsimile:   (212) 841-1010
10 lgoldstein@cov.com
   zelnickk@cov.com
11
   Attorneys for Defendants
12 COWEN & COMPANY, SG COWEN SECURITIES
   CORPORATION and COWEN AND COMPANY, LLC
13
   Philip Borowsky, P.C., S.B. # 56590
14 Christopher J. Hayes, S.B. # 184287
   Norman P. English, S.B. # 213179
15 BOROWSKY & HAYES LLP
   One Market Plaza, Suite 1275
16 San Francisco, CA 94105
   Telephone:   (415) 896-6800
17 Fascsimile:  (415) 896-0600

18 Attorneys for Plaintiffs

19

20                    UNITED STATES DISTRICT COURT

21              FOR THE NORTHERN DISTRICT OF CALIFORNIA

22

23 CHARLES T. MADDEN, et al.,                | Civil Case No.: C-06-4886 (JSW)

24           Plaintiffs,                      | STIPULATION AND [PROPOSED]
                                              | ORDER CONTINUING INITIAL
25       -v-                                  | CASE MANAGEMENT
                                              | CONFERENCE
26 COWEN & COMPANY, a New York limited
27 partnership; SG COWEN SECURITIES           | Judge:      Hon. Jeffrey S. White
   CORPORATION, a New York corporation;      | Courtroom:  2
28 COWEN & COMPANY, LLC, a Delaware

STIPULATION & [PROPOSED] ORDER CONTINUING                Civil Case No. C-06-4886 (JSW)
INITIAL CASE MANAGEMENT CONFERENCE

Dec 12 06 04:13p   Borowsky & Hayes LLP   (415) 896-0600   p.2

1  | limited liability company; and DOES 1 through
2  | 50,
3  |         Defendants.
4

5

6      WHEREAS this Court issued an order on August 14, 2006 setting the Initial

7   Case Management Conference for January 19, 2007;

8      WHEREAS, based on the Initial Case Management Conference date, the parties

9   must meet and confer regarding initial disclosures, early settlement, ADR process selection and

10  discovery plan by December 29, 2006;

11     WHEREAS Plaintiffs' Motion to Remand and Defendants' Motion to Dismiss

12  are currently fully submitted and pending before this Court;

13     WHEREAS resolution of the two pending motions may render any initial

14  disclosures, early settlement discussions, ADR process selection, or discovery plan unnecessary;

15     The parties hereby stipulate as follows:

16     The Initial Case Management Conference shall be continued for sixty (60) days

17  until March 23, 2007, or as soon thereafter as can be conducted by the Court.

18  DATED: December 12, 2006            COVINGTON & BURLING LLP

19

20                                     By: /s/ Linda C. Goldstein
21                                         Linda C. Goldstein
                                           Attorneys for Defendants Cowen & Co.,
22                                         SG Cowen Securities Corp., and Cowen
                                           & Company, LLC
23
    DATED: December __, 2006            BOROWSKY & HAYES LLP
24

25
                                       By: /s/ Philip Borowsky
26                                         Philip Borowsky, P.C.
                                           Attorneys for Plaintiffs
27

28

STIPULATION & [PROPOSED] ORDER CONTINUING                  Civil Case No. C-06-4846 (JSW)
INITIAL CASE MANAGEMENT CONFERENCE

1
2  PURSUANT TO STIPULATION, IT IS SO ORDERED.
3
4  DATED: December 18, 2006　　　　By: _____/s/ Jeffrey S. White_____
5　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION & [PROPOSED] ORDER CONTINUING　　　　Civil Case No. C-06-4886 (JSW)
INITIAL CASE MANAGEMENT CONFERENCE