| | |
|---|---|
| 1 | David M. Jolley, SB # 191164 |
|   | Margaret G. May, SB # 234910 |
| 2 | COVINGTON & BURLING LLP |
|   | One Front Street |
| 3 | San Francisco, CA 94111 |
|   | Telephone: (415) 591-6000 |
| 4 | Facsimile: (415) 591-6091 |
|   | djolley@cov.com |
| 5 | mmay@cov.com |

Linda C. Goldstein (*pro hac vice*)
Kimberly Zelnick (*pro hac vice*)
COVINGTON & BURLING LLP
1330 Avenue of the Americas
New York, New York 10019
Telephone: (212) 841-1000
Facsimile: (212) 841-1010
lgoldstein@cov.com
zelnickk@cov.com

Attorneys for Defendants
COWEN & COMPANY, SG COWEN SECURITIES
CORPORATION and COWEN AND COMPANY, LLC

Philip Borowsky, P.C., S.B. # 56590
Christopher J. Hayes, S.B. # 184287
Norman P. English, S.B. # 213179
BOROWSKY & HAYES LLP
One Market Plaza, Suite 1275
San Francisco, CA 94105
Telephone: (415) 896-6800
Fascsimile: (415) 896-0600

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES T. MADDEN, et al., | Civil Case No.: C-06-4886 (JSW) |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |
| -v- | |
| COWEN & COMPANY, a New York limited partnership; SG COWEN SECURITIES CORPORATION, a New York corporation; COWEN & COMPANY, LLC, a Delaware | Judge: Hon. Jeffrey S. White<br>Courtroom: 2 |

STIPULATION & [PROPOSED] ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE

Civil Case No. C-06-4886 (JSW)

1  limited liability company; and DOES 1 through
2  50,
3              Defendants.

5       WHEREAS this Court issued an order on December 18, 2006 setting the Initial
6  Case Management Conference for March 23, 2007;
7       WHEREAS, based on the Initial Case Management Conference date, the parties
8  must meet and confer regarding initial disclosures, early settlement, ADR process selection and
9  discovery plan by March 2, 2007;
10      WHEREAS Plaintiffs' Motion to Remand and Defendants' Motion to Dismiss
11 are currently fully submitted and pending before this Court;
12      WHEREAS resolution of the two pending motions may render any initial
13 disclosures, early settlement discussions, ADR process selection, or discovery plan unnecessary;
14      The parties hereby stipulate as follows:
15      The Initial Case Management Conference shall be continued for sixty (60) days
16 until May 22, 2007, or as soon thereafter as can be conducted by the Court.

18 DATED: February 22, 2007          COVINGTON & BURLING LLP

20                                   By: /s/ Linda C. Goldstein
21                                       Linda C. Goldstein
                                         Attorneys for Defendants Cowen & Co.,
22                                       SG Cowen Securities Corp., and Cowen
                                         & Company, LLC

23 DATED: February 22, 2007          BOROWSKY & HAYES LLP

25                                   By: /s/
26                                       Philip Borowsky, P.C.
                                         Attorneys for Plaintiffs

STIPULATION & [PROPOSED] ORDER CONTINUING                    Civil Case No. C-06-4886 (JSW)
INITIAL CASE MANAGEMENT CONFERENCE

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.
2 |
3 | DATED: February 26, 2007        By: *[signature]*
4 |                                      Hon. Jeffrey S. White
                                         United States District Judge

STIPULATION & [PROPOSED] ORDER CONTINUING                      Civil Case No. C-06-4886 (JSW)
INITIAL CASE MANAGEMENT CONFERENCE