1 COUNSEL LISTED ON SIGNATURE PAGE
2
3
4
5
6
7
8
9 IN THE UNITED STATES DISTRICT COURT
10 FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| CHARLES T. MADDEN; SHASHIDHAR ACHARYA, M.D.; ACHAUER FAMILY LIMITED PARTNERSHIP, a limited partnership; ANGELA ALLEVATO, M.D.; ROBERT A. BAIRD, M.D.; ANNETTE C. BERNHUT-CAPLIN, D.O.; THOMAS W. BRODERICK, M.D.; NANCY K. BROWNELL, M.D.; DAWN LYNN BRUNER, M.D.; ROBERT BUDMAN, M.D.; ROBERT WILLIAM BUSTER, M.D.; MICHAEL W. CATER, M.D.; ANNA LISA CHAVEZ, M.D.; JANAK R. CHOPRA, M.D.; RAMAN CHOPRA, M.D.; GASTON CILLIANI, M.D.; CARMELITA R. CO-CASQUEJO, M.D.; WILLIAM J. COLLINS, M.D.; LEO H. CUMMINS, M.D.; CHRISTINA K. ELLIOTT; MARK H. ELLIS, M.D.; STANLEY P. GALANT, M.D.; SHERWIN A. GILLMAN, M.D. and BONNIE S. GILLMAN, as Trustees for the Gillman Community Property Trust; KEITH L. GLADSTIEN, M.D.; STUART M. GORDON; KENNETH E. GRUBBS, D.O.; NOAH GUTRECHT, M.D.; THOMAS A. HRYNIEWICKI, M.D.; R. JUDD JESSUP; STANLEY KANOW, M.D.; LEONARD FRANK KELLOGG JR., M.D.; MARK E. KRUGMAN, M.D.; LAWRENCE N. KUGELMAN; SANDRA BARRY LIEBERMAN, as successor in interest to Melvyn B. Lieberman, M.D., Trustee for the Melvyn B. | Civil Case No. C-06-4886 (JSW)<br><br>**STIPULATION FOR ENTRY OF FINAL JUDGMENT**<br><br>Judge: Hon. Jeffrey S. White |

| | |
|---|---|
| 1 | Lieberman Trust; ALAN MADERIOUS, M.D.; MARK C. MARTEN; WILLIAM C. MCMASTER, M.D.; MARIA E. MIÑON, M.D.; JUDITH HARRISON-MONGE, M.D., as Trustee for the Harrison-Monge 1996 Family Trust; RONALD W. MORELAND; STANLEY K. NAKAMOTO, M.D.; CHRISTOPHER C. OHMAN; KUSM OHRI, M.D.; JACK M. OSBORN, M.D.; RICHARD T. PITTS, D.O.; NORMAN J. ROSEN, M.D.; ERIC MURROW ROWEN, M.D.; HELEN ROWEN, as Trustee for the Rowen Family Trust Dated May 5, 1982; MARK STEVEN ROWEN; MARSHALL ROWEN, M.D., individually and as Trustee for the Rowen Family Trust Dated May 5, 1982; SCOTT JEFFREY ROWEN, M.D.; PRAVIN V. SHARMA, M.D.; HAL S. SHIMAZU, M.D.; SIERRA VENTURES V, L.P., a California limited partnership; AISHA SIMJEE, M.D.; JAMES B. TANANBAUM; ALLAN G. WEISS; DANIEL L. WEISSBERG, M.D.; LINDA F. WEISSBERG; LAURENCE D. WELLIKSON, M.D.; ANGELA F. WINTHEISER; and ALLAN WONG, M.D., <br>            Plaintiffs, <br><br> -v- <br><br> COWEN & COMPANY, a New York limited partnership; SG COWEN SECURITIES CORPORATION, a New York corporation; COWEN & COMPANY, LLC, a Delaware limited liability company; and DOES 1 through 50, <br><br>            Defendants. |

## STIPULATION

WHEREAS, on August 16, 2006, Defendants filed their Motion to Dismiss the Complaint;

WHEREAS, on September 8, 2006, Plaintiffs filed their Motion to Remand the Action to the California Superior Court;

WHEREAS, on March 18, 2007, the Court issued an Order denying Plaintiffs' Motion to Remand and granting Defendants' Motion to Dismiss with leave to amend; and

WHEREAS Plaintiffs have not amended their Complaint,

Plaintiffs and Defendants, by their respective attorneys of record, do hereby stipulate and agree, subject to Court approval, that final judgment shall be entered dismissing Plaintiffs' Complaint with prejudice.

DATED: April 12, 2007

Philip Borowsky, P.C. (State Bar No. 56590)
Christopher J. Hayes (State Bar No. 184287)
Norman P. English (State Bar No. 213179)
BOROWSKY & HAYES LLP
One Market Plaza, Suite 1275
Steuart Tower
San Francisco, California 94105-1403
Telephone: (415) 896-6800
Facsimile: (415) 896-0600

*Attorneys for Plaintiffs*

David M. Jolley, SB # 191164
Margaret G. May, SB # 234910
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
djolley@cov.com
mmay@cov.com

Linda C. Goldstein (*pro hac vice*)
Kimberly Zelnick (*pro hac vice*)
COVINGTON & BURLING LLP
1330 Avenue of the Americas
New York, New York 10019
Telephone: (212) 841-1000
Facsimile: (212) 841-1010
lgoldstein@cov.com
zelnickk@cov.com

*Attorneys for Defendants*
Cowen & Company, SG Cowen Securities Corp. and Cowen And Company, LLC

\* \* \*

| | |
|---|---|
| 1 | **ORDER** |

Pursuant to stipulation, and for the reasons stated in the Court's order of March 18, 2007, the Clerk is hereby directed to enter final judgment dismissing Plaintiffs' Complaint with prejudice.

It is so ordered.

DATED: April 20, 2007

*/s/ Jeffrey S. White*
HON. JEFFREY S. WHITE
United States District Court