1 | *Counsel listed on signature page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES T. MADDEN; SHASHIDHAR ACHARYA, M.D.; ACHAUER FAMILY LIMITED PARTNERSHIP, a limited partnership; ANGELA ALLEVATO, M.D.; ROBERT A. BAIRD, M.D.; ANNETTE C. BERNHUT-CAPLIN, D.O.; THOMAS W. BRODERICK, M.D.; NANCY K. BROWNELL, M.D.; DAWN LYNN BRUNER, M.D.; ROBERT BUDMAN, M.D.; ROBERT WILLIAM BUSTER, M.D.; MICHAEL W. CATER, M.D.; ANNA LISA CHAVEZ, M.D.; JANAK R. CHOPRA, M.D.; RAMAN CHOPRA, M.D.; GASTON CILLIANI, M.D.; CARMELITA R. CO-CASQUEJO, M.D.; WILLIAM J. COLLINS, M.D.; LEO H. CUMMINS, M.D.; CHRISTINA K. ELLIOTT; MARK H. ELLIS, M.D.; STANLEY P. GALANT, M.D.; SHERWIN A. GILLMAN, M.D. and BONNIE S. GILLMAN, as Trustees for the Gillman Community Property Trust; KEITH L. GLADSTIEN, M.D.; STUART M. GORDON; KENNETH E. GRUBBS, D.O.; NORAH GUTRECHT, M.D.; THOMAS A. HRYNIEWICKI, M.D.; R. JUDD JESSUP; STANLEY KANOW, M.D.; LEONARD FRANK KELLOGG JR., M.D.; MARK E. KRUGMAN, M.D.; LAWRENCE N. KUGELMAN; SANDRA BARRY LIEBERMAN, as successor in interest to Melvyn B. Lieberman, M.D., Trustee for the Melvyn B. Lieberman Trust; ALAN MADERIOUS, M.D.; MARK C. MARTEN; WILLIAM C. MCMASTER, M.D.; MARIA E. MIÑON, M.D.; JUDITH HARRISON-MONGE, M.D., as Trustee for the Harrison-Monge 1996 Family Trust; RONALD W. MORELAND; STANLEY K. NAKAMOTO, M.D.; CHRISTOPHER C. OHMAN; KUSUM OHRI, M.D.; JACK M. OSBORN, M.D.; RICHARD T. PITTS, D.O.; NORMAN J. ROSEN, M.D.; ERIC MURROW ROWEN, M.D.; HELEN ROWEN, as Trustee for the Rowen Family Trust Dated May 5, 1982; MARK STEVEN ROWEN; MARSHALL ROWEN, M.D., individually and as Trustee for the Rowen Family Trust Dated May 5, 1982; SCOTT JEFFREY ROWEN, M.D.; PRAVIN V. SHARMA, M.D.; HAL S. SHIMAZU, M.D.; SIERRA VENTURES V, L.P., a California limited partnership; AISHA SIMJEE, M.D.; JAMES B. TANANBAUM; ALLAN G. WEISS; DANIEL L. | No. C 06-04886 JSW<br><br>[Proposed] **JUDGMENT**<br><br>Judge: Hon. Jeffrey S. White, United States District Judge |

| | |
|---|---|
| 1<br>2 | WEISSBERG, M.D.; LINDA F. WEISSBERG; LAURENCE D. WELLIKSON, M.D.; ANGELA F. WINTHEISER; and ALLAN WONG, M.D., |
| 3 | Plaintiffs, |
| 4 | v. |
| 5<br>6<br>7 | COWEN & COMPANY, a New York limited partnership; SG COWEN SECURITIES CORPORATION, a New York corporation; COWEN & COMPANY, LLC, a Delaware limited liability company; and DOES 1 through 50, |
| 8 | Defendants. |

9  The Court having approved the Stipulation for Entry of Final Judgment (Docket No. 43),
10 including its annexed Order directing the Clerk to enter final judgment dismissing Plaintiffs'
11 Complaint with prejudice, and the parties having requested entry of judgment under FRCP 58(d),
12  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing, that the action
13 be dismissed on the merits, and that Defendants recover of Plaintiffs their costs of action.
14 Dated: May 8, 2007

17 HON. JEFFREY S. WHITE
United States District Judge

19 Approved as to form:

20 /s/ Philip Borowsky
Philip Borowsky, P.C. (State Bar No. 56590)
21 Christopher J. Hayes (State Bar No. 184287)
Norman P. English (State Bar No. 213179)
22 BOROWSKY & HAYES LLP
One Market Street, Suite 1275
23 Steuart Tower
San Francisco, CA 94105-1403
24 Telephone: (415) 896-6800
Facsimile: (415) 896-0600

*Attorneys for Plaintiffs*

/s/ Linda C. Goldstein
David M. Jolley (State Bar No. 191164)
Margaret G. May (State Bar No. 234910)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Linda C. Goldstein *(pro hac vice)*
Kimberly Zelnick *(pro hac vice)*
COVINGTON & BURLING LLP
1330 Avenue of the Americas
New York, NY 10019
Telephone: (212) 841-1000
Facsimile: (212) 841-1010

*Attorneys for Defendants*