David M. Jolley, SB # 191164
Tammy Albarrán, SB #215605
Margaret G. May, SB # 234910
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
djolley@cov.com
talbarran@cov.com
mmay@cov.com

Linda C. Goldstein (*pro hac vice*)
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
Facsimile: (212) 841-1010
lgoldstein@cov.com

Attorneys for Defendants
COWEN & COMPANY, SG COWEN SECURITIES
CORPORATION and COWEN & COMPANY, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES T. MADDEN, et al.,<br><br>          Plaintiffs,<br><br>    -v-<br><br>COWEN & COMPANY, a New York limited partnership; SG COWEN SECURITIES CORPORATION, a New York corporation; COWEN & COMPANY, LLC, a Delaware limited liability company; and DOES 1 through 50,<br><br>          Defendants. | Civil Case No.: C-06-4886 (JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge:     Hon. Jeffrey S. White<br>Courtroom: 11, 19th Floor |

1   WHEREAS, on August 7, 2009, the Ninth Circuit Court of Appeals issued an
2   Order and Opinion remanding the case to this Court for further proceedings;
3   WHEREAS, on August 20, 2009, this Court issued an order setting a Case
4   Management Conference for September 18, 2009;
5   WHEREAS, on August 21, 2009, Defendants in this action filed with the Ninth
6   Circuit Court of Appeals a Petition for Panel Rehearing and Suggestion for Rehearing En Banc
7   of August 7, 2009 Opinion ("Rehearing Petition");
8   WHEREAS, the Ninth Circuit Court of Appeals has not ruled on the Rehearing
9   Petition and has not issued a mandate;
10  WHEREAS, lead counsel for the Defendants is unable to attend the Case
11  Management Conference currently scheduled for September 18, 2009; and
12  WHEREAS, the parties jointly request that the Court postpone the Case
13  Management Conference until after the Ninth Circuit Court of Appeals has ruled on the
14  Rehearing Petition and issued a mandate;
15  The parties hereby stipulate as follows:
16  With the Court's agreement, the Case Management Conference scheduled for
17  September 18, 2009 shall be taken-off calendar, and shall be rescheduled by the Court after the
18  Ninth Circuit Court of Appeals has ruled on the Rehearing Petition and a mandate has issued.

19  DATED:   September 9, 2009            COVINGTON & BURLING LLP

21                                        By: /s/ Tammy Albarrán
22                                        Tammy Albarrán
                                          Attorneys for Defendants

23  DATED:   September 9, 2009            BOROWSKY & HAYES LLP

25                                        By: /s/ Christopher J. Hayes
                                          Christopher J. Hayes
26                                        100 Spear Street, Suite 1640
                                          San Francisco, CA 94105-1571
27                                        Telephone: (415) 896-6800
                                          Facsimile: (415) 896-0600
28                                        Attorneys for Plaintiffs

STIPULATION AND [PROPOSED] ORDER                             Civil Case No. C-06-4886 (JSW)
CONTINUING CASE MANAGEMENT CONFERENCE

1     PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3     DATED:   September 10, 2009         By: _____
4                                                             Hon. Jeffrey S. White
                                                             United States District Judge