Tammy Albarrán (SBN 215605)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
talbarran@cov.com

Linda C. Goldstein (*pro hac vice*)
Simon G. Brandler
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10019
Telephone: (212) 841-1000
Facsimile: (212) 841-1010
lgoldstein@cov.com
sbrandler@cov.com

Attorneys for Defendants
Cowen & Co., SG Cowen
Securities Corporation and
Cowen And Company, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES T. MADDEN; SHASHIDHAR ACHARYA, M.D.; ACHAUER FAMILY LIMITED PARTNERSHIP, a limited partnership; ANGELA ALLEVATO, M.D.; ROBERT A. BAIRD, M.D.; ANNETTE C. BERNHUT-CAPLIN, D.O.; THOMAS W. BRODERICK, M.D.; NANCY K. BROWNELL, M.D.; DAWN LYNN BRUNER, M.D.; ROBERT BUDMAN, M.D.; ROBERT WILLIAM BUSTER, M.D.; MICHAEL W. CATER, M.D.; ANNA LISA CHAVEZ, M.D.; JANAK R. CHOPRA, M.D.; RAMAN CHOPRA, M.D.; GASTON CILLIANI, M.D.; CARMELITA R. CO-CASQUEJO, M.D.; WILLIAM J. COLLINS, M.D.; LEO H. CUMMINS, M.D.; CHRISTINA K. ELLIOTT; MARK H. ELLIS, M.D.; STANLEY P. GALANT, M.D.; SHERWIN A. GILLMAN, M.D. and BONNIE S. GILLMAN, as Trustees for the Gillman Community Property Trust; KEITH L. GLADSTIEN, M.D.; STUART M. GORDON; KENNETH E. GRUBBS, D.O.; NOAH GUTRECHT, M.D.; THOMAS A. | Civil Case No.: C-06-4886 (JSW)<br><br>**DECLARATION OF LINDA C. GOLDSTEIN (1) IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND (2) IN OPPOSITION TO DEFENDANTS' MOTION TO REMAND** |

| | |
|---|---|
| 1 | HRYNIEWICKI, M.D.; R. JUDD JESSUP; STANLEY KANOW, M.D.; LEONARD FRANK KELLOGG JR., M.D.; MARK E. KRUGMAN, M.D.; LAWRENCE N. KUGELMAN; SANDRA BARRY LIEBERMAN, as successor in interest to Melvyn B. Lieberman, M.D., Trustee for the Melvyn B. Lieberman Trust; ALAN MADERIOUS, M.D.; MARK C. MARTEN; WILLIAM C. MCMASTER, M.D.; MARIA E. MIÑON, M.D.; JUDITH HARRISON-MONGE, M.D., as Trustee for the Harrison-Monge 1996 Family Trust; RONALD W. MORELAND; STANLEY K. NAKAMOTO, M.D.; CHRISTOPHER C. OHMAN; KUSM OHRI, M.D.; JACK M. OSBORN, M.D.; RICHARD T. PITTS, D.O.; NORMAN J. ROSEN, M.D.; ERIC MURROW ROWEN, M.D.; HELEN ROWEN, as Trustee for the Rowen Family Trust Dated May 5, 1982; MARK STEVEN ROWEN; MARSHALL ROWEN, M.D., individually and as Trustee for the Rowen Family Trust Dated May 5, 1982; SCOTT JEFFREY ROWEN, M.D.; PRAVIN V. SHARMA, M.D.; HAL S. SHIMAZU, M.D.; SIERRA VENTURES V, L.P., a California limited partnership; AISHA SIMJEE, M.D.; JAMES B. TANANBAUM; ALLAN G. WEISS; DANIEL L. WEISSBERG, M.D.; LINDA F. WEISSBERG; LAURENCE D. WELLIKSON, M.D.; ANGELA F. WINTHEISER; and ALLAN WONG, M.D., |
| | Plaintiffs, |
| | -v- |
| | COWEN & COMPANY, a New York limited partnership; SG COWEN SECURITIES CORPORATION, a New York corporation; COWEN & COMPANY, LLC, a Delaware limited liability company; and DOES 1 through 50, |
| | Defendants. |

DECL. OF LINDA C. GOLDSTEIN (1) IN SUPP. OF DEFS.' MOT. TO DISMISS AND (2) IN OPP'N TO PLS.' MOT. TO REMAND

Civil Case No. C-06-4886 (JSW)

## DECLARATION OF LINDA C. GOLDSTEIN

Linda C. Goldstein declares as follows:

1. I am a member in good standing of the State Bar of New York, admitted *pro hac vice* in this Court, and am a member of Covington & Burling LLP, counsel of record to Defendants Cowen & Co., SG Cowen Securities Corporation and Cowen and Company, LLC (collectively, "Cowen") in this action. I submit this declaration in support of Cowen's Motion to Dismiss the Complaint and in opposition to Plaintiffs' Motion to Remand. The matters set forth below are known to me based on my direct involvement as counsel in this case. If called upon to testify to them, I could and would competently do so.

2. A copy of the FPA Medical Management Proxy Statement / Prospectus furnished to the shareholders of St. Joseph Medical Corporation and Orange Coast Managed Care Services, Inc. ("Orange Coast"), dated February 17, 1998, and described in paragraph 43 of the Complaint, is attached hereto as Exhibit A. This copy of the FPA Medical Management Proxy Statement / Prospectus was produced by Plaintiffs in the matter *Charles T. Madden, et al. v. Deloitte & Touche, LLP, et al.*, No. 99-CV-1516 (S.D. Cal.) (the "*Deloitte* Action"). At his deposition in the *Deloitte* Action, Plaintiff Christopher Ohman testified that he helped to prepare the sections of this document related to Orange Coast and St. Joseph Medical Corporation ("St. Joseph") and that he believed them to be "complete and accurate" and to "contain all relevant information." Dep. of Christopher Ohman at 25-26 (Exhibit M, below).

3. A list of Orange Coast and St. Joseph shareholders included in the Orange Coast Managed Care Services, Inc. Combined Balance Sheet, as of June 30, 1997, is attached hereto as Exhibit B. This document was contained in Cowen's files and was produced to Plaintiffs in the *Deloitte* Action.

4. A copy of the Minutes of the Meeting of the Orange Coast Managed Care Services Board of Directors, dated December 9, 1997, is attached hereto as Exhibit C. These minutes were authenticated by Plaintiff Christopher Ohman during his deposition in the *Deloitte* Action. Dep. of Christopher Ohman at 101-103 (Exhibit M, below).

5. A copy of the Engagement Letter by and between Cowen & Co. and Orange Coast Managed Care Services, Inc., dated August 6, 1997, is attached hereto as Exhibit D. The Engagement Letter, described in paragraphs 20 and 22 of the Complaint, was authenticated by Plaintiff Charles Madden during his deposition in the *Deloitte* Action. Dep. of Charles T. Madden at 159-160 (Exhibit L, below). This Court has previously overruled Plaintiffs' objections to this letter, which was attached as Exhibit 1 to the Declaration of Linda C. Goldstein, dated August 17, 2006. *See Madden v. Cowen & Co.*, No. C 06-04886, 2007 U.S. Dist. LEXIS 22561, *4 n. 1 (N.D. Cal. Mar. 8, 2007).

6. A copy of the Final Bid Letter from St. Joseph Hospital, dated November 6, 1997, described in paragraphs 26 and 27 of the Complaint, is attached hereto as Exhibit E. This letter was part of the "bid book" prepared by Cowen that was authenticated during the deposition of Plaintiff William McMaster in the *Deloitte* Action. Dep. of William C. McMaster at 47-48 (Exhibit N, below).

7. A copy of the Minutes of the Meeting of the Orange Coast Managed Care Services Board of Directors Board of Directors, dated January 13, 1998, is attached hereto as Exhibit F. These minutes were authenticated by Plaintiff Charles Madden during his deposition in the *Deloitte* Action. Dep. of Charles T. Madden at 82-84 (Exhibit L, below).

8. A copy of the Minutes of the Meeting of the St. Joseph Medical Corporation Board of Directors Board of Directors, dated January 13, 1998, is attached hereto as Exhibit G. This exhibit was authenticated by Plaintiff Christopher Ohman during his deposition in the *Deloitte* Action. Dep. of Christopher C. Ohman at 105-107 (Exhibit M, below).

9. A copy of the Fairness Opinion issued by Cowen & Co. to Orange Coast Managed Care Services, Inc., dated February 5, 1998, described at paragraph 38 of the Complaint, is attached hereto as Exhibit H. This Court has previously overruled Plaintiffs' objections to this document, which was attached as Exhibit 2 to the Declaration of Linda C. Goldstein, dated August 17, 2006. *See Madden v. Cowen & Co.*, No. C 06-04886, 2007 U.S. Dist. LEXIS 22561, *4 n. 1 (N.D. Cal. Mar. 8, 2007).

DECL. OF LINDA C. GOLDSTEIN (1) IN SUPP. OF DEFS.' MOT. TO DISMISS AND (2) IN OPP'N TO PLS.' MOT. TO REMAND - 2 - Civil Case No. C-06-4886 (JSW)

1  10. A copy of the Consent of Cowen & Company, dated February 10, 1998
2  (Exhibit 23.9 to the Registration Statement of FPA Medical Management, Inc., filed with the
3  Securities and Exchange Commission on February 10, 1998), and described in paragraph 44 of
4  Complaint, is attached hereto as Exhibit I.
5  11. A copy of the Amended and Restated Certificate of Incorporation of
6  Orange Coast Managed Care Services Inc., filed with the Delaware Secretary of State on
7  December 13, 1995, is attached hereto as Exhibit J.
8  12. A copy of the Verdict entered in *United States of America v. Steven Mark
9  Lash*, No. 02-CR-0366 (S.D. Cal. October 22, 2003) is attached hereto as Exhibit K.
10 13. Relevant excerpts from the Deposition of Charles T. Madden in the
11 *Deloitte* Action are attached hereto as Exhibit L.
12 14. Relevant excerpts from the Deposition of Christopher C. Ohman in the
13 *Deloitte* Action are attached hereto as Exhibit M.
14 15. Relevant excerpts from the Deposition of William C. McMaster in the
15 *Deloitte* Action are attached hereto as Exhibit N.
16 I declare under penalty of perjury that the foregoing is true and correct. Executed
17 on February 12, 2010 at New York, New York.

/s/
Linda C. Goldstein

DECL. OF LINDA C. GOLDSTEIN (1) IN SUPP. OF DEFS.' MOT. TO DISMISS AND (2) IN OPP'N TO PLS.' MOT. TO REMAND     - 3 -     Civil Case No. C-06-4886 (JSW)