1  Tammy Albarrán, SB #215605
   COVINGTON & BURLING LLP
2  One Front Street
   San Francisco, CA 94111
3  Telephone: (415) 591-6000
   Facsimile: (415) 591-6091
4  talbarran@cov.com

5  Linda C. Goldstein (*pro hac vice*)
   Simon G. Brandler
6  COVINGTON & BURLING LLP
7  620 Eighth Avenue
   New York, NY 10018-1405
8  Telephone: (212) 841-1000
   Facsimile: (212) 841-1010
9  lgoldstein@cov.com

10 Attorneys for Defendants
   COWEN & COMPANY, SG COWEN SECURITIES
11 CORPORATION and COWEN & COMPANY, LLC

12

**UNITED STATES DISTRICT COURT**

13

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14

**SAN FRANCISCO DIVISION**

15

16  CHARLES T. MADDEN, et al.,

| | |
|---|---|
| Civil Case No.: C-06-4886 (JSW) | |

17                Plaintiffs,

**STIPULATION AND [PROPOSED] ORDER ~~MODIFYING BRIEFING SCHEDULE~~**

18         -v-

19  COWEN & COMPANY, a New York limited
    partnership; SG COWEN SECURITIES
20  CORPORATION, a New York corporation;
    COWEN & COMPANY, LLC, a Delaware
21  limited liability company; and DOES 1 through
    50,
22

Date: April 16, 2010
Time: 9:00 a.m.
Courtroom: 11, 19th Floor

Judge: Hon. Jeffrey S. White

23                Defendants.

24

25

26

27

28

1  WHEREAS, on December 18, 2009, this Court entered an order setting forth the
2  schedule for briefing Plaintiffs' Motion to Remand and Defendants' Motion to Dismiss (the
3  "Order"), and provided that should "counsel wish to modify the schedule, they shall submit a
4  stipulation and proposed order setting forth an alternative briefing schedule";
5  WHEREAS, Plaintiffs filed their Motion to Remand on January 29, 2010 and
6  Defendants filed their Motion to Dismiss and Opposition to Plaintiffs' Motion to Remand on
7  February 12, 2010, in accordance with the Order;
8  WHEREAS, the Order further provides that Plaintiffs shall file their reply brief
9  by February 26, 2010, Defendants shall file their reply brief by March 5, 2010, and oral
10 argument shall be held on April 16, 2010;
11 WHEREAS, the Order provides Plaintiffs two weeks in which to prepare their
12 reply brief and Defendants only one week in which to prepare their reply brief;
13 The parties hereby stipulate as follows:
14 The date for filing the reply brief on Defendants' motion to dismiss is adjourned
15 from March 5, 2010 until March 12, 2010.  All other dates set forth in the Order shall remain the
16 same.

DATED:   February 17, 2010                COVINGTON & BURLING LLP

                                          By:  */s/ Tammy Albarrán*
                                               Tammy Albarrán
                                               Attorneys for Defendants

DATED:   February 17, 2010                BOROWSKY & HAYES LLP

                                          By:  */s/ Christopher J. Hayes*
                                               Christopher J. Hayes
                                               100 Spear Street, Suite 1640
                                               San Francisco, CA 94105-1571
                                               Telephone:  (415) 896-6800
                                               Facsimile:   (415) 896-0600
                                               Attorneys for Plaintiffs

STIPULATION AND [PROPOSED] ORDER
MODIFYING BRIEFING SCHEDULE                                    Civil Case No. C-06-4886 (JSW)

Case3:06-cv-04886-JSW   Document76   Filed02/17/10   Page4 of 4

1  Plaintiffs were provided two weeks to file an opposition to Defendants' motion to dismiss and a
   reply in support of their motion to remand.  Defendants merely need to prepare a reply brief and so
2  ~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~ the Court DENIES the parties'
3  request.  This Order is without prejudice to the parties submitting a revised stipulation to alter the
   briefing schedule upon a showing of good cause.

4  DATED:   February 18, 2010            By:   *Jeffrey S. White*
                                               Hon. Jeffrey S. White
5                                              United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER                           Civil Case No. C-06-4886 (JSW)
~~MODIFYING BRIEFING SCHEDULE~~