```
 1  Tammy Albarrán, SB #215605
    COVINGTON & BURLING LLP
 2  One Front Street
    San Francisco, CA 94111
 3  Telephone:    (415) 591-6000
    Facsimile:    (415) 591-6091
 4  talbarran@cov.com

 5  Linda C. Goldstein (*pro hac vice*)
    Simon G. Brandler
 6  COVINGTON & BURLING LLP
    620 Eighth Avenue
 7  New York, NY 10018-1405
    Telephone:    (212) 841-1000
 8  Facsimile:    (212) 841-1010
 9  lgoldstein@cov.com

10  Attorneys for Defendants
    COWEN & COMPANY, SG COWEN SECURITIES
11  CORPORATION and COWEN & COMPANY, LLC
```

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHARLES T. MADDEN, et al.,<br><br>          Plaintiffs,<br><br>    -v-<br><br>COWEN & COMPANY, a New York limited partnership; SG COWEN SECURITIES CORPORATION, a New York corporation; COWEN & COMPANY, LLC, a Delaware limited liability company; and DOES 1 through 50,<br><br>          Defendants. | Civil Case No.: C-06-4886 (JSW)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER ~~MODIFYING BRIEFING SCHEDULE~~**<br><br>Date:     April 16, 2010<br>Time:    9:00 a.m.<br>Courtroom: 11, 19th Floor<br><br>Judge:   Hon. Jeffrey S. White |

1  WHEREAS, on December 18, 2009, this Court entered an order setting forth the
2  schedule for briefing Plaintiffs' Motion to Remand and Defendants' Motion to Dismiss (the
3  "Order"), and provided that should "counsel wish to modify the schedule, they shall submit a
4  stipulation and proposed order setting forth an alternative briefing schedule";

5  WHEREAS, Plaintiffs filed their Motion to Remand on January 29, 2010 and
6  Defendants filed their Motion to Dismiss and Opposition to Plaintiffs' Motion to Remand on
7  February 12, 2010, in accordance with the Order;

8  WHEREAS, the Order further provides that Plaintiffs shall file their reply brief
9  by February 26, 2010, Defendants shall file their reply brief by March 5, 2010, and oral
10  argument shall be held on April 16, 2010;

11  WHEREAS, the Order provides Plaintiffs two weeks in which to prepare their
12  reply brief and Defendants only one week in which to prepare their reply brief;

13  The parties hereby stipulate as follows:

14  The date for filing the reply brief on Defendants' motion to dismiss is adjourned
15  from March 5, 2010 until March 12, 2010.  All other dates set forth in the Order shall remain the
16  same.

18  DATED:  February 17, 2010            COVINGTON & BURLING LLP

20                                       By:  */s/ Tammy Albarrán*
                                              Tammy Albarrán
21                                            Attorneys for Defendants

22  DATED:  February 17, 2010            BOROWSKY & HAYES LLP

24                                       By:  */s/ Christopher J. Hayes*
                                              Christopher J. Hayes
25                                            100 Spear Street, Suite 1640
                                              San Francisco, CA 94105-1571
26                                            Telephone:  (415) 896-6800
                                              Facsimile:   (415) 896-0600
27                                            Attorneys for Plaintiffs

28

STIPULATION AND [PROPOSED] ORDER                                    Civil Case No. C-06-4886 (JSW)
MODIFYING BRIEFING SCHEDULE

Plaintiffs were provided two weeks to file an opposition to Defendants' motion to dismiss and a reply in support of their motion to remand. Defendants merely need to prepare a reply brief and so **PURSUANT TO STIPULATION, IT IS SO ORDERED.** the Court DENIES the parties' request. This Order is without prejudice to the parties submitting a revised stipulation to alter the briefing schedule upon a showing of good cause.

DATED: February 18, 2010          By: *Jeffrey S. White*
                                  Hon. Jeffrey S. White
                                  United States District Judge

STIPULATION AND [PROPOSED] ORDER
MODIFYING BRIEFING SCHEDULE                                   Civil Case No. C-06-4886 (JSW)