Tammy Albarrán (SBN 215605)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091
talbarran@cov.com

Linda C. Goldstein (*pro hac vice*)
Simon G. Brandler
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10019
Telephone:  (212) 841-1000
Facsimile:  (212) 841-1010
lgoldstein@cov.com
sbrandler@cov.com

Attorneys for Defendants
Cowen & Co., SG Cowen
Securities Corporation and
Cowen And Company, LLC

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES T. MADDEN; SHASHIDHAR ACHARYA, M.D.; ACHAUER FAMILY LIMITED PARTNERSHIP, a limited partnership; ANGELA ALLEVATO, M.D.; ROBERT A. BAIRD, M.D.; ANNETTE C. BERNHUT-CAPLIN, D.O.; THOMAS W. BRODERICK, M.D.; NANCY K. BROWNELL, M.D.; DAWN LYNN BRUNER, M.D.; ROBERT BUDMAN, M.D.; ROBERT WILLIAM BUSTER, M.D.; MICHAEL W. CATER, M.D.; ANNA LISA CHAVEZ, M.D.; JANAK R. CHOPRA, M.D.; RAMAN CHOPRA, M.D.; GASTON CILLIANI, M.D.; CARMELITA R. CO-CASQUEJO, M.D.; WILLIAM J. COLLINS, M.D.; LEO H. CUMMINS, M.D.; CHRISTINA K. ELLIOTT; MARK H. ELLIS, M.D.; STANLEY P. GALANT, M.D.; SHERWIN A. GILLMAN, M.D. and BONNIE S. GILLMAN, as Trustees for the Gillman Community Property Trust; KEITH L. GLADSTIEN, M.D.; STUART M. GORDON; KENNETH E. GRUBBS, D.O.; NOAH GUTRECHT, M.D.; THOMAS A. | Civil Case No.: C-06-4886 (JSW)<br><br>**REPLY DECLARATION OF LINDA C. GOLDSTEIN (1) IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND (2) IN FURTHER OPPOSITION TO PLAINTIFFS' MOTION TO REMAND** |

REPLY DECL. OF LINDA C. GOLDSTEIN (1) IN FURTHER SUPP. OF DEFS.' MOT. TO DISMISS AND (2) IN FURTHER OPP'N TO PLS.' MOT. TO REMAND

Civil Case No. C-06-4886 (JSW)

| | |
|---|---|
| 1 | HRYNIEWICKI, M.D.; R. JUDD JESSUP; STANLEY KANOW, M.D.; LEONARD FRANK KELLOGG JR., M.D.; MARK E. KRUGMAN, M.D.; LAWRENCE N. KUGELMAN; SANDRA BARRY LIEBERMAN, as successor in interest to Melvyn B. Lieberman, M.D., Trustee for the Melvyn B. Lieberman Trust; ALAN MADERIOUS, M.D.; MARK C. MARTEN; WILLIAM C. MCMASTER, M.D.; MARIA E. MIÑON, M.D.; JUDITH HARRISON-MONGE, M.D., as Trustee for the Harrison-Monge 1996 Family Trust; RONALD W. MORELAND; STANLEY K. NAKAMOTO, M.D.; CHRISTOPHER C. OHMAN; KUSM OHRI, M.D.; JACK M. OSBORN, M.D.; RICHARD T. PITTS, D.O.; NORMAN J. ROSEN, M.D.; ERIC MURROW ROWEN, M.D.; HELEN ROWEN, as Trustee for the Rowen Family Trust Dated May 5, 1982; MARK STEVEN ROWEN; MARSHALL ROWEN, M.D., individually and as Trustee for the Rowen Family Trust Dated May 5, 1982; SCOTT JEFFREY ROWEN, M.D.; PRAVIN V. SHARMA, M.D.; HAL S. SHIMAZU, M.D.; SIERRA VENTURES V, L.P., a California limited partnership; AISHA SIMJEE, M.D.; JAMES B. TANANBAUM; ALLAN G. WEISS; DANIEL L. WEISSBERG, M.D.; LINDA F. WEISSBERG; LAURENCE D. WELLIKSON, M.D.; ANGELA F. WINTHEISER; and ALLAN WONG, M.D., |
| | Plaintiffs, |
| | -v- |
| | COWEN & COMPANY, a New York limited partnership; SG COWEN SECURITIES CORPORATION, a New York corporation; COWEN & COMPANY, LLC, a Delaware limited liability company; and DOES 1 through 50, |
| | Defendants. |

DECL. OF LINDA C. GOLDSTEIN (1) IN SUPP. OF DEFS.' MOT. TO DISMISS AND (2) IN OPP'N TO PLS.' MOT. TO REMAND

Civil Case No. C-06-4886 (JSW)

# DECLARATION OF LINDA C. GOLDSTEIN

Linda C. Goldstein declares as follows:

1. I am a member in good standing of the State Bar of New York, admitted *pro hac vice* in this Court, and am a member of Covington & Burling LLP, counsel of record to Defendants Cowen & Co., SG Cowen Securities Corporation and Cowen and Company, LLC (collectively, "Cowen") in this action. I submit this declaration on reply in further support of Cowen's Motion to Dismiss the Complaint and in further opposition to Plaintiffs' Motion to Remand. The matters set forth below are known to me based on my direct involvement as counsel in this case. If called upon to testify to them, I could and would competently do so.

2. A copy of Defendants' First Set of Requests for Production of Documents by Plaintiffs, dated February 9, 2010, is attached hereto, with accompanying cover letter, as Exhibit O.

3. A copy of Plaintiffs' Response to Defendants' First Set of Request for Production of Documents by Plaintiffs, dated February 22, 2010, is attached hereto as Exhibit P.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 5, 2010 at New York, New York.

            /s/
    Linda C. Goldstein